AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

United States of America
v.
Chun Kunta Evans

*Defendant(s)*

Case No. 4:26-MJ- 461

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 1, 2026-October 20, 2026 in the county of Collin and Denton in the Eastern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2261A | Stalking |

This criminal complaint is based on these facts:

See TFO Kyle Honeycutt, FBI affidavit attached hereto.

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Kyle Honeycutt, FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by:

electronic means.

*(specify reliable electronic means).*

Date: October 22, 2026

*Judge's signature*

City and state: Beaumont, Texas

Christine L. Stetson, U.S. Magistrate Judge

*Printed name and title*